UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
LAWRENCE FULTZ,                                         :
an individual,                                          :     CASE NO.: 2:16-CV-02882-MLCF-J
                                                        :
       Plaintiff,                                       :
                                                        :
vs.                                                     :
                                                        :
                                                        :
                                                        :
ARBA PROPERTIES, LLC,                                   :
       Defendants.                                      :
---------------------------------------------------------x

## MOTION TO DISMISS ACTION WITH PREJUDICE

Lawrence Fultz, Plaintiff, through undersigned counsel, respectfully submits this Motion to Dismiss Action With Prejudice. Plaintiff seeks to dismiss this action with prejudice. The parties have reached an amicable resolution and counsel for defendant concurs with the dismissal of this action with prejudice.

**WHEREFORE**, Lawrence Fultz, Plaintiff, through undersigned counsel, respectfully requests that this Court grant this consent motion and: dismiss this lawsuit with prejudice, administratively close this matter, with each party to bear its own costs.

        Respectfully Submitted,

        THE BIZER LAW FIRM
        Attorneys for Plaintiff
        Andrew D. Bizer, Esq. (LA # 30396)
        andrew@bizerlaw.com
        Garret S. DeReus, Esq (LA # 35105)
        gdereus@bizerlaw.com
        3319 St. Claude Ave.
        New Orleans, LA 70117
        T: 504-619-9999; F: 504-948-9996

      By:/s/ Garret S. DeReus
        **GARRET S. DEREUS**

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing pleading has been delivered to all counsel of record on August 26, 2016, by ECF filing.

        By:/s/ Garret S. DeReus
        **GARRET S. DEREUS**