UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------x
LAWRENCE FULTZ,                    :
an individual,                     :    CASE NO.: 2:16-CV-02882-MLCF-J
                                   :
      Plaintiff,                   :
                                   :
vs.                                :
                                   :
                                   :
                                   :
ARBA PROPERTIES, LLC,              :
      Defendants.                  :
---------------------------------------------------x

## ORDER

Considering the CONSENT MOTION TO DISMISS ACTION WITH PREJUDICE submitted by Lawrence Fultz, Plaintiff, through his undersigned counsel, and the representations contained therein:

**IT IS ORDERED THAT:**

1. The claims and demands asserted by Lawrence Fultz, Plaintiff, against defendant are hereby dismissed with prejudice.

2. The Clerk of Court shall administratively close this matter.

3. Each party shall bear its own costs.

This ___29th___ day of ___August___, 2016, New Orleans, Louisiana.

*[Signature: Martin C. Feldman]*
JUDGE